Randall B. Bateman (USB 6482)
Perry S. Clegg (USB 7831)
C. Todd Kinard (USB 12575)
BATEMAN IP LAW GROUP, P.C.
8 East Broadway, Suite 550
Salt Lake City, Utah 84111
Tel: (801) 533-0320/Fax: (801) 533-0323
Email: mail@batemanip.com, rbb@batemanip.com, psc@batemanip.com; ctk@batemanip.com

Attorneys for Plaintiffs,
Denmel Holdings, LLC and Melanie Reah

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DENMEL HOLDINGS, LLC, a Utah limited liability company, and MELANIE REAH, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>MIZCO INTERNATIONAL, INC. et al.<br><br>Defendants. | **NOTICE OF EXTENSION OF TIME TO ANSWER**<br><br>Case No. 2:09-cv-01107-CW<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Samuel Alba |

**NOTICE OF EXTENSION OF TIME TO ANSWER**

Plaintiffs, Denmel Holdings, LLC and Melanie Reah ('Plaintiffs") do hereby give notice

of Plaintiffs' consent to an extension of time for Defendants, LTD Commodities, LLC and

Wal-Mart.com USA, LLC, to answer the First Amended Complaint and Jury Demand

("Complaint") until, on, or before May 10, 2010.

DATED: April 26, 2010.

                                              By:    /C. Todd Kinard/
                                                         C. Todd Kinard

                                                         *Attorneys for Plaintiffs*